# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ALFRED LEO MORRIS,<br>　　　　　　　Appellant,<br>　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 81629 **FILED**<br><br>FEB 01 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Youvey<br>　　　DEPUTY CLERK |
| ALFRED LEO MORRIS,<br>　　　　　　　Appellant,<br>　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 81630 |
| ALFRED LEO MORRIS,<br>　　　　　　　Appellant,<br>　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 81631 |

## ORDER DISMISSING APPEALS

These are consolidated appeals from judgments of conviction and an order revoking probation. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of these appeals. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing these appeals, including that appellant cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in these

21-03059

appeals are forever waived. Having been so informed, appellant consents to a voluntary dismissal of these appeals. Cause appearing, we

ORDER these appeals DISMISSED.[1]

_____, J.
Parraguirre

_____, J.　　　　_____, J.
Stiglich　　　　　　　　　　　　　Silver


cc:　　Hon. Egan K. Walker, District Judge
　　　　Washoe County Public Defender
　　　　Attorney General/Carson City
　　　　Washoe County District Attorney
　　　　Washoe District Court Clerk

---

[1]Because no remittitur will issue in these matters, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.